People v Lucas (2024 NY Slip Op 04619)

People v Lucas

2024 NY Slip Op 04619

Decided on September 26, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 26, 2024

Before: Webber, J.P., Kern, Oing, González, Rosado, JJ. 

Ind No. 596/21 Appeal No. 2606 Case No. 2023-00615 

[*1]The People of the State of New York, Respondent,
v
Drezel Lucas, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin Wiener of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Efrain Alvarado, J., at plea; Judith S. Lieb, J., at sentencing), rendered January 10, 2023, convicting defendant of criminal possession of a weapon in the fourth degree, and sentencing him to a conditional discharge, unanimously modified, as a matter of law, to the extent of vacating the mandatory surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on defendant's age at the time of the offense and his showing that the surcharge and fees "would work an unreasonable hardship on the defendant, his or her immediate family, or any other person who is dependent on such defendant for financial support" (CPL 420.35[2-a][a]; see e.g. People v Bowen-Frith, 68 Misc 3d 1222[A], 2020 NY Slip Op 51045[U] [Crim Ct, NY County 2020]), the surcharge and fees imposed on defendant at sentencing is vacated. Vacatur of the surcharge and fees is also warranted in the interest of justice (CPL 420.35[2-a][c]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 26, 2024